

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Top Line Granite Design Inc.<br><br>Debtor(s). | Chapter7<br>Case No. 22-40216-EDK |
| Steven Weiss<br>Plaintiff(s),<br><br>v.<br><br>AJ Equity Group<br>Defendant(s). | Adversary Proceeding<br>No. 23-04032-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#23 Motion of Defendant AJ Equity Group to Dismiss Adversary Proceeding
#26 Opposition filed by Plaintiff #
27 Defendant' Reply to Opposition

**Decision set forth more fully as follows:**

DENIED. THE DEADLINE FOR THE DEFENDANT TO FILE AN ANSWER IS SEPTEMBER 27, 2024.

Dated: 09/13/2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge