# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**TOP LINE GRANITE DESIGN, INC.,**<br><br>**Debtor**<br><hr><br>**STEVEN WEISS, TRUSTEE,**<br>**Plaintiff**<br>**vs.**<br><br>**AJ EQUITY GROUP, LLC,**<br><br>**Defendant** | **Chapter 7**<br>**Case No. 22-40216-EDK**<br><br><br><br>**Adversary Proceeding**<br><br>**No. 23-4032** |

## <u>DEFAULT JUDGMENT</u>

This matter having come before the Court upon the Plaintiff's Motion for Default Judgment against AJ Equity Group, LLC (the "Motion"); and the Court finding that the Motion and the Plaintiff's Affidavit in support of the Motion (the "Affidavit") were served on the Defendant, and no objections having been received in response to the Motion; and the Court having reviewed the Motion and the Affidavit, and being apprised of the premises:

The Court finds that venue is appropriate in this Court pursuant to 28 U.S.C. § 1409. The Court further finds that the matters set forth in the complaint constitute core proceedings, pursuant to 28 U.S.C. § 157(b)(2)(F), and/or are non-core proceedings over which this Court has jurisdiction pursuant to 28 U.S.C. § 1334(b), and that this Court may enter final orders and judgments in this adversary proceeding.

ON COUNT I OF THE COMPLAINT, JUDGMENT IS HEREBY ENTERED for the Plaintiff, as Trustee for the estate of Top Line Granite Design, Inc., against the Defendant AJ Equity Group, LLC. No damages are awarded on Count I of the Complaint separate and apart from the damages awarded on Count II of the Complaint.

ON COUNT II OF THE COMPLAINT, JUDGMENT IS HEREBY ENTERED for the Plaintiff, as Trustee for the estate of Top Line Granite Design, Inc. against the Defendant AJ Equity Group, LLC for violation of G.L. Ch. 93A, in the amount of $106,126.90; plus treble damages pursuant to G.L. Ch. 93A, § 9, for a total of $318,380.70, interest from the date on which the Complaint was filed, and costs; plus $18,072.50 in attorneys' fees, plus the adversary proceeding filing fee of $350.00.

_____ 11/17/2025
ELIZABETH D. KATZ
Chief Bankruptcy Judge